# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:08 CV 79

| | |
|---|---|
| AMY R. YATES, ) | |
|     Plaintiff ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| HVM LLC, ) | |
| ) | |
|     Defendant ) | |

**THIS MATTER** is before the court on John S. Slosson's Application for Admission to Practice *Pro Hac Vice* of Wendy L. Furhang. It appearing that Wendy L. Furhang is a member in good standing with the South Carolina Bar and will be appearing with John S. Slosson, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that John S. Slosson's Application for Admission to Practice *Pro Hac Vice* (#8) of Wendy L. Furhang is **GRANTED**, and that Wendy L. Furhang is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with John S. Slosson.

Signed: July 7, 2008

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge