IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:08CV79

| | | |
|---|---|---|
| AMY R. YATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | **O R D E R** |
| | ) | |
| HVM, L.L.C., a Delaware limited liability company, d/b/a HV MANAGEMENT L.L.C., and as EXTENDED STAY AMERICA, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the Court *sua sponte* to continue the trial from the May 2009 term in the Asheville Division.

The Court has under advisement the Magistrate Judge's Memorandum and Recommendation regarding Defendants' motion for summary judgment and the objections to the Memorandum and Recommendation. Due to the voluminous amount of documents necessary for the Court's review of these pending matters, the Court will not issue a ruling in time for the parties to adequately prepare for trial for the May 2009 term.

**IT IS, THEREFORE, ORDERED** that the Clerk calendar this case for trial during the Court's July 2009 term in the Asheville Division.

Signed: April 8, 2009

Lacy H. Thornburg
United States District Judge