IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:08CV79

| | | |
|---|---|---|
| AMY R. YATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | **J U D G M E N T** |
| | ) | |
| HVM, L.L.C., a Delaware limited liability company, d/b/a HV MANAGEMENT L.L.C., and as EXTENDED STAY AMERICA, | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Defendant's motion for summary judgment is **ALLOWED**, and this matter is hereby **DISMISSED WITH PREJUDICE** in its entirety.

Signed: June 7, 2009

Lacy H. Thornburg
United States District Judge