IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:08cv79

| | |
|---|---|
| AMY R. YATES, ) ) Plaintiff, ) ) vs. ) ) HVM, LLC, a Delaware limited liability company, ) d/v/a HV Management, LLC, and as Extended ) Stay America, ) ) Defendants. ) ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion for Entry of Order Striking Pleadings Containing Confidential Information from the File [Doc. 86].

The parties advise that the case has completely settled and as a result, they wish to strike from the record certain documents containing confidential and privileged information, such as medical records and employment information for employees of the Defendant who are not involved in the action. Striking the pleadings will not remove this information from the public record. As a result, the Court will seal the

documents at issue.

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion for Entry of Order Striking Pleadings Containing Confidential Information from the File [Doc. 86], construed as a motion to seal, is hereby **GRANTED** and the following pleadings, designated as documents, and all attachments or exhibits thereto, shall be **SEALED** and shall remain **SEALED** to all except the case participants: Document 18; Document 26; Document 28; Document 38; Document 40; Document 48; Document 57; Document 58; Document 59; Document 60; Document 67; Document 72; and Document 73.

Signed: November 3, 2009

Martin Reidinger
United States District Judge